Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| CINDY CUNNINGHAM )<br>)<br>       Plaintiff,         )<br>)<br>vs.                             )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social )<br>Security,                       )<br>)<br>       Defendant.       )<br>_____) | Civil Action No. 1:05-CV-00012 OWW LJO<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until September 12, 2005, in which to file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed, January 4, 1005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1 | Dated:  August 15, 2005 /s/ Gina Fazio

2 | GINA FAZIO,
Attorney for Plaintiff.

3 | Dated: August 16, 2005

4 | MCGREGOR SCOTT
United States Attorney

5 |

6 | By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN

7 | Assistant U.S. Attorney

8 |

9 | IT IS SO ORDERED.

10 | **Dated:   August 22, 2005**                    **/s/ Lawrence J. O'Neill**
b9ed48                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28