1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

CINDY CUNNINGHAM           )
                           )   Civil Action No. 1:05-CV-12 OWW LJO
                           )
       Plaintiff,          )   STIPULATION AND ORDER
                           )
vs.                        )
                           )
JO ANNE B. BARNHART,       )
Commissioner of Social     )
Security,                  )
                           )
       Defendant.          )
_____)

      IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until October 12, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, January 4, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: September 12, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: September 13, 2005 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan (as authorized via facsimile) KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8   IT IS SO ORDERED.

9   **Dated:   September 13, 2005**          **/s/ Lawrence J. O'Neill**
    66h44d                                  UNITED STATES MAGISTRATE JUDGE