Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| CINDY CUNNINGHAM ) ) | Civil Action No. 1:05-CV-12 OWW LJO |
| Plaintiff, ) ) | STIPULATION AND ORDER |
| vs. ) ) | |
| JO ANNE B. BARNHART, ) Commissioner of Social ) Security, ) ) | |
| Defendant. ) _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 14 day extension of time, until October 26, 2005, in which to file and serve Plaintiff's Opening brief. Plaintiff needs additional time to further review the extensive file. All remaining actions under the scheduling order filed, January 4, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1 | Dated: October 12, 2005 | /s/ Gina Fazio

2 | | GINA FAZIO,
   | | Attorney for Plaintiff.

3 | Dated: October 12, 2005

4 | | MCGREGOR SCOTT
  | | United States Attorney

5

6 | | By: /s/ Kristi C. Kapetan
  | | (as authorized via facsimile)
  | | KRISTI C. KAPETAN
7 | | Assistant U.S. Attorney

8 |        IT IS SO ORDERED.

9 | **Dated:   October 13, 2005**            **/s/ Lawrence J. O'Neill**
  | 66h44d                              UNITED STATES MAGISTRATE JUDGE