McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| CINDY CUNNINGHAM, | ) | |
|---|---|---|
| | ) | 1:05-cv-0012-OWW LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g), and |
| Commissioner of Social | ) | |
| Security, | ) | REQUEST FOR ENTRY OF JUDGMENT |
| | ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. | ) | AGAINST DEFENDANT |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through

their respective counsel of record, that this action be remanded

to the Commissioner of Social Security for further administrative

action pursuant to section 205(g) of the Social Security Act, as

amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct an

Administrative Law Judge ("ALJ") to take the following action:

1. Further consider the opinion of Dr. House, and if he

rejects it, provide specific and legitimate reasons for doing

so;

2. If warranted, present a supplemental hypothetical to

a vocational expert; and

3. Otherwise develop the record as needed and fully articulate the basis for the decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the  final decision of the Commissioner.

                                    Respectfully submitted,

Dated: November 28, 2005          /s/ Gina M. Fazio
                                  (As authorized via facsimile)
                                  GINA M. FAZIO
                                  Attorney for Plaintiff


Dated: November 28, 2005          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: November 29, 2005             /s/ OLIVER W. WANGER


                                  THE HONORABLE OLIVER W. WANGER
                                  United States District Judge