```
                                    FILED
                               JUDGMENT ENTERED

                             _____12/1/2005_____
                                        (date)

                              by _____G. Lucas_____
                                         Deputy Clerk
                                   U.S. District Court
                               Eastern District of California
                              _xx_____  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

CINDY CUNNINGHAM,

      Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY

      Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-05-0012 OWW LJO

    Judgment is entered in favor of the plaintiff, Cindy Cunningham, and against the defendant Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

DATED:  December 1, 2005

                                JACK L. WAGNER, Clerk

                        By: /s/ GREG LUCAS
                            Deputy Clerk